UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                             No. 21-CR-391-LTS

JOHN LEWIS,                                                                    ORDER

       Defendant.

-------------------------------------------------------x

         The sentencing hearing in this case is scheduled to proceed on **January 13, 2022, at 2:00 p.m.**, in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

         The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

         SO ORDERED.

Dated: New York, New York                      /s/ Laura Taylor Swain
       December 22, 2021                         LAURA TAYLOR SWAIN
                                                      Chief United States District Judge