# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 27, 2021

**By ECF and Email**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. John Lewis, 21 Cr. 391 (LTS)

Dear Judge Swain:

    I write with the consent of the government to respectfully request an extension of a few days to file my sentencing submission, currently due on December 30, 2021. Today, the Probation Department filed a final Pre-Sentence Report on the docket. Officer Belgrave, who prepared the report, has informed me that she intends to file an addendum on Monday, January 3, 2022. It is anticipated that the addendum will contain an amended sentencing recommendation. I would like to review the addendum before filing my submission, and am therefore requesting permission to file on Tuesday, January 4, 2022. The parties are not requesting an adjournment of the sentencing hearing, and remain ready to proceed on January 13, 2022.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Tamara L. Giwa
Counsel for John Lewis
Federal Defenders of New York
(917) 890-9729

The application for an extension of time is granted.  The Government's deadline to file its sentencing submission is also extended, to January 7, 2022.  DE#54 resolved.

SO ORDERED.
Dated: December 28, 2021
/s/ Laura Taylor Swain, Chief U.S.D.J.